Ebony Malone
4011 Woodcreek Lane
Lansing, MI 48911
Case Number: 1:21CR153-3
RE: MOTION FOR NEW COUNSEL
01/07/2022

FILED - KZ
January 11, 2022 11:06 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__ems__ Scanned by EMS 1/12

Dear the Clerk of the court/ Judge Maloney,

    I Ebony Malone is requesting a motion to the courts to terminate my current legal relationship with Stefanie Junttila/Lambert immediately.

    I am asking for a court appointed attorney for my case and termination of my current legal counsel immediately because I have not received all of my proper paperwork "Discoveries" that was supposed to been given to me months ago from them which was the second one. The proper motions have not been filed on my behalf, lack of communication and attention towards my case, lack of dedication and representation on my behalf, disagreements on how to handle my case, they haven't been able to tell me much about my case, don't know when my court dates are the first court date thy knew nothing about my case and this last court date they had no idea it was rescheduled the court secretary had to tell me when my next court date was which I drove a hour and a half to Grand rapids which my lawyer informed me the day before where it was going to be and it was in Kalamazoo not Grand rapids . Also rescheduling dates to see me in person for their own personal reasons. Lastly I haven't been able to receive a responses about my case in a timely manner. I am not satisfied with the performance of their firm. I expect reasonable communication and sound legal advice from their firm and I have not received either. I have submitted a letter to them weeks ago terminating our legal relationship which Stefanie advised me that her and "Sanford" were preparing a letter for me and I haven't heard anything else from them.

    Sincerely,

**Ebony Malone**

*[signature]* 1/7/22

4011 Wood Creek Lane
Lansing MI 48911

7021 0950 0002 2534 4826

Clerk of the Courts
410 W Michigan Ave
Kalamazoo, MI 49007

49007-375799

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT



49007

UNITED STATES POSTAL SERVICES

1000

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019