UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Case No. 21-cr-00153

vs.                               Hon. PAUL L. MALONEY

EBONY KATREASE MALONE,

        Defendant.
_____/

B. RENE SHEKMER
U.S. Attorney (Grand Rapids)
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 808-2030
Email: rene.shekmer@usdoj.gov

THEODORE JOSEPH GREELEY
U.S. Attorney (Marquette)
Huntington Bank Building, 2nd Fl.
1930 US 41 W
Marquette, MI 49855
(906) 226-2500
Email: theodore.greeley@usdoj.gov

DANIELT. MCGRAW
U.S. Attorney (Grand Rapids)
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: daniel.mcgraw@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
       EBONY KATREASE MALONE
Federal Criminal Attorneys of Michigan
500 Griswold St., Ste. 2340
Detroit, MI 48301
(248) 270-6689
Email: attorneystefanielambert@gmail.com

_____/

## DEFENSE COUNSEL'S MOTION TO WITHDRAW

NOW COMES the Undersigned, STEFANIE LAMBERT JUNTTILA Attorney for Defendant, EBONY KATREASE MALONE, and states in support of her Motion to Withdraw as follows:

1. On July 30, 2021, a Criminal Complaint was filed naming the defendant, Ebony Malone, along with several other defendants with violation of 21 USC Sec. 846 and 841(a)(1) CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE - Conspiracy to possess with intent to distribute and to distribute controlled substances; 21 USC Sec. 843(b) Use of a communication facility to facilitate drug trafficking.

2. Ebony Malone appeared before Magistrate Judge Sally J. Berens at which time she made a request for court appointed counsel granted, Richard Zambon and was released on unsecured appearance bond (Entered: 08/03/2021)

3. On August 5, 2021 and ORDER granting motion for protective order

(R. 42) as to Edward Washington, Demanuel Porter, Jamar Street, Latisha Mack, Jerome Till, Ebony Malone, Michael Terry, and Angela Dority; signed by Magistrate Judge Sally J. Berens (jln) [1:21-mj-00401-SJB] (Entered: 08/05/2021)

4. On August 18, 2021 and INDICTMENT as to Edward Washington,

Demanuel Tyrone Porter, Jamar Ivee Street, Latisha Maria Mack, Jerome Dwight Till, Ebony Katrease Malone, Michael Dominique Terry, Jr, Angela Michelle Dority was filed.

5. On August 25, 2021, Ms. Malone retained the undersigned and a Substitution of Counsel was submitted.

6. Since the filing of the substitution, defense counsel has reviewed the
discovery with the defendant in accordance with the protective order and has explored a pre-trial resolution.

7. There has recently developed a breakdown in the communication between the defendant and counsel to the point that it is impossible to effectively represent the defendant.

8. Indeed, on January 11, 2022, this Court received (R. 225) LETTER from Ebony Katrease Malone requesting current counsel be terminated re Ebony Katrease Malone (Entered: 01/12/2022).

9. Concurrence from the Government was sought just prior to filing this motion, and counsel anticipates a response from Ms. Shekmer today.

WHEREFORE, the Undersigned, STEFANIE LAMBERT JUNTTILA, Attorney for Defendant, EBONY KATREASE MALONE, respectfully requests this Honorable Court grant this

3

Motion to Withdraw as the attorney of record for the defendant, EBONY KATREASE MALONE for the reasons so stated herein.

                Respectfully submitted

                /s/ Stefanie Lambert Juntttila
                STEFANIE LAMBERT JUNTTILA
                Attorney for Defendant
                      EBONY KATREASE MALONE
                Federal Criminal Attorneys of Michigan
                500 Griswold St., Ste. 2340
                Detroit, MI 48301
                (248) 270-6689
                Email: attorneystefanielambert@gmail.com

Date: January 19, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

                                      Case No. 21-cr-00153

vs.                               Hon. PAUL L. MALONEY

EBONY KATREASE MALONE,

       Defendant.
_____/

B. RENE SHEKMER
U.S. Attorney (Grand Rapids)
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 808-2030
Email: rene.shekmer@usdoj.gov

THEODORE JOSEPH GREELEY
U.S. Attorney (Marquette)
Huntington Bank Building, 2nd Fl.
1930 US 41 W
Marquette, MI 49855
(906) 226-2500
Email: theodore.greeley@usdoj.gov

DANIELT. MCGRAW
U.S. Attorney (Grand Rapids)
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: daniel.mcgraw@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
      EBONY KATREASE MALONE
Federal Criminal Attorneys of Michigan
500 Griswold St., Ste. 2340
Detroit, MI 48301
(248) 270-6689
Email: attorneystefanielambert@gmail.com

_____/

## BRIEF IN SUPPORT OF DEFENSE COUNSEL'S MOTION TO WITHDRAW

Although an indigent defendant under our case law does not have a right to counsel of choice, the Sixth Amendment requires the substitution of appointed counsel upon a showing of good cause." <u>United States v. Marrero</u>, 651 F.3d 453, 477-78 (6th Cir. 2011) (Clay, J., dissenting) (citing <u>United States v. Iles</u>, 906 F.2d 1122, 1130-31 (6th Cir. 1990)).

The Sixth Amendment provides a right to counsel at all "critical stages" of criminal proceedings, United States v. Wade, 388 U.S. 218, 227-28, 87 S. Ct. 1926, 18 L. Ed. 2d 1149 (1967), which includes sentencing. Gardner v. Florida, 430 U.S. 349, 358, 97 S. Ct. 1197, 51 L. Ed. 2d 393 (1977) (citing Mempa v. Rhay, 389 U.S. 128, 88 S. Ct. 254, 19 L. Ed. 2d 336 (1967)).

The defendant in the case at bar has indicated she cannot continue to be represented by her retained counsel. The parties agree there has been a breakdown in communication and that there would be no undue delay or prejudice to the Government or the defendant if counsel were permitted to withdraw, quite the opposite.

WHEREFORE, the Undersigned, STEFANIE LAMBERT JUNTTILA Attorney for Defendant, EBONY KATREASE MALONE, respectfully requests this Honorable Court grant this Motion to Withdraw as the attorney

of record for the defendant, EBONY KATREASE MALONE for the reasons so stated herein.

                              Respectfully submitted

                              <u>/s/ Stefanie Lambert Juntttila</u>
                              STEFANIE LAMBERT JUNTTILA
                              Attorney for Defendant
                                      EBONY KATREASE MALONE
                              Federal Criminal Attorneys of Michigan
                              500 Griswold St., Ste. 2340
                              Detroit, MI 48301
                              (248) 270-6689
                              Email: attorneystefanielambert@gmail.com

Date: January 19, 2022