UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** USA v. Edward Washington, et al

**Case Number:** 1:21-cr-153
**Date:** January 19, 2022
**Time:** 1:33 p.m. - 1:46 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

Government: Rene Shekmer and Theodore Greeley

| | |
|---|---|
| Defendant Edward Washington: | Scott Graham |
| Defendant Angela Michelle Dority: | Brian Watkins |
| Defendant Ebony Katrease Malone: | Stefanie Junttila Lambert |
| Defendant Michael Dominique Terry, Jr.: | Joshua Blanchard |
| Defendant Jerome Dwight Till: | Roland Lindh |

**PROCEEDINGS**

Nature of Hearing: Telephone conference with attorneys held; hearing to be scheduled on motion to withdraw as counsel for defendant Malone (ECF No. 227); EOJ motion filed by defendant Terry (ECF No. 210) continued under advisement

Court Reporter: Proceedings not recorded                    Case Manager: Amy Redmond