## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Ebony Katrease Malone | | | DISTRICT JUDGE: Paul L. Maloney | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-153 | 1/31/2022 | 2:33 p.m. - 2:39 p.m. | Kalamazoo | |

### APPEARANCES

| Government: Rene Shekmer | Defendant: Stefanie Lynn Junttila | Counsel Designation: Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: <br> __ mute  __ nolo contendre <br> __ not guilty  __ guilty <br> __ Final Pretrial Conference <br> __ Detention (waived __) <br> ✓ Motion Hearing <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Trial <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of Indictment <br> __ Other: _____ <br><br> Court to Issue: <br> __ Order of Detention <br> __ Notice of Sentencing <br> __ Order Appointing Counsel <br> __ Other: _____ | Charging Document: <br> __ Read  __ Reading Waived <br> Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: _____ <br><br> __ Presentence Report Ordered <br> __ Presentence Report Waived <br> __ Plea Accepted by the Court <br> __ Plea Taken under Advisement <br> __ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ | Plea Agreement Accepted: __Yes __No <br> Defendant informed of right to appeal: __Yes __No <br> Counsel informed of obligation to file appeal: __Yes __No <br> Conviction Information: <br>   Date: _____ <br>   By: _____ <br>   As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Hearing on defendant's motion to allow attorney to withdraw (ECF No. 227); motion granted and replacement counsel to be appointed; order to issue

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |